THE PEOPLE v. CHARLES E. CANTINE.

Both parties excepted to the report, and the case came on to be heard on the exceptions.

———•◆•———

THE PEOPLE vs. CHARLES E. CANTINE.

1. A prosecution for bastardy, under the Statute, is not a criminal proceeding.
2. A preponderance of evidence, in such a case, is all that is requisite in order to convict.

*Macomb Circuit, January,* 1870.

This was a prosecution for bastardy, under the Statute.

After the testimony of prosecution was closed, the defendant was offered to be sworn as a witness on his own behalf.

MITCHELL J., held that it was not a criminal proceeding, and that the respondent might be sworn the same as in civil cases.

On a motion for a new trial this rule was confirmed and a new trial refused, because there was sufficient evidence for prosecution if uncontradicted, and that though fully contradicted the jury had a right to weigh the evidence and give their verdict upon a preponderance, and the Court would not interpose its judgment as to preponderance.